FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 15 2021 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE RESTASIS (CYCLOSPORINE OPHTHALMIC EMULSION) ANTITRUST LITIGATION | 18-MD-2819 (NG) (LB) |
| This Document Relates to:<br><br>*Walgreen* (No. 18-cv-02907)<br>*Rite Aid* (No. 18-cv-04419)<br>*CVS* (No. 18-cv-04566) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Albertsons Companies, Inc., CVS Pharmacy, Inc., HEB Grocery Company L.P., The Kroger Co., Rite Aid Corporation, Rite Aid Hdqtrs. Corporation and Walgreen Co. and Defendant Allergan, Inc., pursuant to the terms of a Confidential Settlement Agreement and Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of these actions with prejudice, with each party to bear its own costs and attorney's fees.

Dated: March 2, 2020

So Ordered.

/s/(NG)

9/14/2021
Nina Gershon, U.S.D.J.

Respectfully submitted,

/s/ *Scott E. Perwin*
Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER P.A.
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Email: sperwin@knpa.com
Email: lravkind@knpa.com
Email: aneill@knpa.com
*Attorneys for Walgreen Plaintiffs*

/s/ *Barry L. Refsin*
Barry L. Refsin
Monica L. Kiley
Eric L. Bloom
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 496-7031
Email: brefsin@hangley.com
Email: mkiley@hangley.com
Email: ebloom@hangley.com
*Attorneys for CVS and Rite Aid*

/s/ *Eric J. Stock*
Eric J. Stock
Matthew Parrrott
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2301
Email: estock@gibsondunn.com
Email: mparrott@gibsondunn.com

M. Sean Royall
KIRKLAND & ELLIS LLP
1601 Elm Street
Dallas, TX 75201
Telephone: (214) 972-7459
Email: sean.royall@kirkland.com
*Attorneys for Allergan*